# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**KAREN D. GEHL,**

      **Plaintiff,**

**v.**                                                   Case No: 6:12-cv-1869-Orl-31DAB

**DIRECT TRANSPORT, LTD., WARREN W. LYMAN,**

      **Defendants.**

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Joint Stipulation for Dismissal with Prejudice (Doc. 34), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed with prejudice, each party to bear its own fees and costs. Any pending motions are **DENIED** as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on September 20, 2013.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties